## Equitable Life Assurance Society v. Meuth, et al.

(Decided December 8, 1911.)

### Appeal from Henderson Circuit Court.

Written Contract—Alteration Thereof—Issue As to Genuineness.—The defendant cannot show an alteration in a written contract without putting in issue its genuineness.

HUMPHREY & HUMPHREY and DORSEY & STANLEY for appellant.

CLAY & CLAY for appellee.

CORRECTED OPINION BY CHIEF JUSTICE HOBSON.

The only question before the court in this case was whether the defendant could show that the policy had been altered without a plea of non est factum or any allegation putting in issue the genuineness of the policy. This is all the opinion was intended to decide. No opinion is expressed on the question whether a general plea of non est factum would be sufficient in a case like this. The former opinion, see Equitable Life Assurance Co. v. Meuth, 145 Ky., 113, is modified as above indicated.